UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN K. HILL,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 05-cv-4138-JPG
Criminal Case No. 97-cr-40057-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on petitioner Brian K. Hill's ("Hill") Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 1). In this motion, Hill challenges his sentence based on the Supreme Court's decision in *Blakely v. Washington*, 124 S. Ct. 2531 (2004), and *United States v. Booker*, 125 S. Ct. 738 (2005). Hill has already filed three § 2255 motions, all of which were rejected. *See* Case No. 99-cv-4151-JPG, Case No. 99-cv-4260-JPG & Case No. 04-cv-4132-JPG. In order for this Court to consider a successive motion, the Seventh Circuit Court of Appeals must certify the successive motion pursuant to 28 U.S.C. § 2255, ¶ 8. *Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996). The Court of Appeals has not made such a certification. Therefore, the Court does not have jurisdiction to consider this case, **DISMISSES** it for lack of jurisdiction, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: August 8, 2005**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**