UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN K. HILL,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 05-cv-4138-JPG
Criminal Case No. 97-cr-40057-JPG

## JUDGMENT

    This matter having come before the Court, and the Court having dismissed Petitioner Brian K. Hill's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**NORBERT JAWORSKI**

**DATED:** August 8, 2005

*s/ Judith Prock, Deputy Clerk*

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**