UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN K. HILL,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil Case No. 05-cv-4138-JPG<br>Criminal Case No. 97-cr-40057-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having dismissed Petitioner Brian K. Hill's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**NORBERT JAWORSKI**

**DATED:  August 8, 2005**

*s/ Judith Prock, Deputy Clerk*


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**